# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| ARRIBA Corporation | ) | ASBCA No. 61030 |
| | ) | |
| Under Contract No. N40080-10-D-0495 | ) | |

APPEARANCE FOR THE APPELLANT:     Fred A. Mendicino, Esq.
                                  Faughnan Mendicino PLLC
                                  Dulles, VA

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  David B. Stinson, Esq.
                                  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61030, Appeal of ARRIBA Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals